**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Judy B. South, Respondent,

v.

Brian L. South, Petitioner.

Appellate Case No. 2012-212192

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
Angela R. Taylor, Family Court Judge

---

Opinion No. 2014-MO-013
Submitted May 15, 2014 – Filed May 28, 2014

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Robert L. Jackson, of Jackson & Jackson, of Columbia, for Petitioner.

Judy B. South, *Pro Se* Respondent, of St. Petersburg, Florida.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *South v. South*, Op. No. 2012-UP-165 (S.C. Ct. App. filed March 7, 2012).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**